# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 12-1398** | **September Term, 2012** |
| | SEC-77FR56365 |
| | Filed On: April 26, 2013 [1432740] |

American Petroleum Institute, et al.,

    Petitioners

    v.

Securities and Exchange Commission,

    Respondent

------------------------------

Oxfam America,
    Intervenor

## O R D E R

    It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk